**Katie Lee SCOTT, Appellant,**

v.

**FEDERAL EXPRESS CORPORATION,**
**Appellee.**

**No. 02–2138.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 6, 2003.

Decided Jan. 14, 2003.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Katie Lee Scott appeals the district court's [1] entry of judgment following an adverse jury verdict in her Title VII employment-discrimination and retaliation action against Federal Express Corporation. Scott challenges the court's rulings on evidentiary issues, its handling of questions from the jury, and the court's denial of a

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

*Batson* [2] challenge; Scott also argues her attorney was not effective at trial.

We cannot say, based upon our careful review of the record Scott has provided to us on appeal, that the court committed any prejudicial abuse of discretion in its evidentiary rulings. Further, we find no abuse of discretion in the court's decisions regarding questions posed by the jury, and no clear error in its finding that a black juror was not struck for impermissible reasons. Finally, we note that Scott has no constitutional or statutory right to the effective assistance of counsel in a civil trial. *Taylor v. Dickel,* 293 F.3d 427, 431 (8th Cir.2002).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

Before LOKEN, BYE, and RILEY, Circuit Judges.

---

**2.** *Batson v. Kentucky,* 476 U.S. 79, 96–98, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).